FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 17 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Lopez-Rivera, Ricardo Guadalupe<br><br>　　　　Defendant. | Case No.: SACR 06 - 31 - DOC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___,

for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

A.　(X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _Backgrd, cmty ties unknown due to failure to interview; bail resources unknown; illegal immigration status; conduct_

1  _in not complying with supervision conditions evidences_
2  _he cannot be relied on to comply_
3  and/or
4  B.  (X) The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7  finding is based on _Commission of new offense while_
8  _under supervision; lengthy criminal history record,_
9  _incl prior convs for narcotics offenses_

13  IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.

16  DATED:  _4/17/13_

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE